1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HONEYWELL INTERNATIONAL INC, et al.,

        Plaintiff(s),

  v.

PAUL MALTSEFF,

        Defendant(s).

CASE NO. 2:14−cv−00283−JLR

MINUTE ORDER SETTING TRIAL DATES AND RELATED DATES

| | |
|---|---|
| **BENCH TRIAL DATE** | February 2, 2015 |
| Length of Trial | 4 days |
| Deadline for joining additional parties | August 25, 2014 |
| Deadline for amending pleadings | August 6, 2014 |
| Disclosure of expert testimony under FRCP 26(a)(2) | August 6, 2014 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | September 5, 2014 |
| Discovery completed by | October 6, 2014 |
| All dispositive motions must be filed by (*see* LCR 7(d)) | November 4, 2014 |
| Settlement conference held no later than | December 4, 2014 |
| All motions in limine must be filed by All motions in limine shall be filed as one motion. | December 22, 2014 |

ORDER SETTING TRIAL DATES & RELATED DATES – 1

| | | |
|---|---|---|
| 1 | Agreed pretrial order due | January 14, 2015 |
| 2 | Pretrial conference to be held at 02:00 PM on | January 20, 2015 |
| 3 | Trial briefs, proposed findings of fact and conclusions of law, and designations of deposition testimony pursuant to LCR 32(e) by | January 26, 2015 |
| 4 5 | Motions in limine raised in trial briefs will not be considered. | |

These dates are set at the direction of the court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only order of the court, not by agreement of counsel or parties. The court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

The original and one copy of the trial exhibits are to be delivered to the courtroom deputy by close of business the Thursday before trial. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with A–1. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three–ring binder with appropriately numbered tabs.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Should this case settle, counsel shall notify Casey Condon at (206)

370−8520 as soon as possible. An attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the court deems appropriate.

A copy of this Minute Order shall be mailed to all counsel of record.

DATED: July 28, 2014

                                         s/ Casey Condon
                                    Casey Condon, Deputy Clerk to
                                    Hon. James L. Robart, Judge
                                    (206) 370−8520