UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PAUL MALTSEFF,<br><br>Defendant. | CASE NO. C14-0283JLR<br><br>ORDER |

    Before the court is the parties' Stipulation for Protective Order. The parties have asked the court enter this stipulation as an order of the court. (*See* Stip. (Dkt. # 81).) The parties, however, have failed to comply with Local Rule LCR 26(c)(2). *See* W.D. Wash. Local Rules LCR 26(c)(2). Pursuant to this rule, "[p]arties are encouraged to use this district's model protective order, available on the court's website." *Id.* "Parties that wish to depart from the model order must provide the court with a redlined version identifying departures from the model." *Id.* Here, the parties appear to have used the model

ORDER- 1

1 | protective order, but have failed to provide a red-lined version as required under the local
2 | rules.  Accordingly, the court DENIES the parties' stipulated motion for entry of their
3 | agreed protective order, but without prejudice to re-filing in a manner that comports with
4 | the court's local rules.

5 | Dated this 6th day of August, 2014.

JAMES L. ROBART
United States District Judge

ORDER- 2