# EXHIBIT 1

## Cronin, William

| | |
|---|---|
| **From:** | Chester, Martin S. <Martin.Chester@FaegreBD.com> |
| **Sent:** | Monday, July 21, 2014 11:17 AM |
| **To:** | Cronin, William |
| **Cc:** | Raskin, Paul; Kahnke, Randall E.; Young, Tyler A.; Bundy, Kerry L. |
| **Subject:** | RE: Maltseff - Deposition Availability |

Bill,

We will have the draft protective order for you later today or tomorrow morning.  Based on our last conversation in which we agreed to take out the provision to keep documents from Dr. Maltseff (while reserving our rights), the only thing at issue should be the patent prosecution bar language, which is new.

Regarding a date in the week you have stated — we propose August 7.  Please let me know if that works, and we will send a notice.

Thanks,
Marty

- - - - - - - - - - -

**Martin S. Chester  |  FAEGRE BAKER DANIELS LLP  |  +1 612 766 7232  |  martin.chester@FaegreBD.com**

**From:** Cronin, William [mailto:wcronin@corrcronin.com]
**Sent:** Monday, July 21, 2014 1:13 PM
**To:** Chester, Martin S.
**Cc:** Raskin, Paul; Kahnke, Randall E.; Young, Tyler A.; Bundy, Kerry L.
**Subject:** RE: Maltseff - Deposition Availability

Can you send the revised protective/confidentiality order that you promised.? We need that in place.  Dr. Maltseff will not be available  for deposition this week or next, but I expect to provide you some alternatives the week after that ( the week beginning August 6). I will send a letter to you and Randall Kahnke about the schedule today.

**From:** Chester, Martin S. [mailto:Martin.Chester@FaegreBD.com]
**Sent:** Monday, July 21, 2014 10:41 AM
**To:** Cronin, William
**Cc:** Kahnke, Randall E.; Bundy, Kerry L.; Young, Tyler A.; Raskin, Paul
**Subject:** Maltseff - Deposition Availability

Bill,

I am just following up on our conversation of Friday.  Do you know Mr. Maltseff's availability for deposition next week and the following week?

Thank you,
Marty

**Martin S. Chester**
*Partner*
martin.chester@FaegreBD.com

**Direct:**  +1 612 766 7232

1