THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HONEYWELL INTERNATIONAL, INC., a Delaware corporation, INTERMEC, INC., a Delaware corporation, and INTERMEC TECHNOLOGIES CORPORATION, a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DR. PAUL MALTSEFF, f/k/a Pavel Maltsev, an individual,<br><br>Defendant. | No. 2:14-cv-00283-JLR<br><br>**MOTION TO SEAL REGARDING SUPPLEMENTAL DECLARATION OF PAUL RASKIN**<br><br>NOTE ON MOTION CALENDAR:<br><br>**September 26, 2014** |

The Supplemental Declaration of Paul R. Raskin filed by Dr. Maltseff in connection with his pending Motion to Compel and For Further Relief Re: Discovery submits as Exhibit A a copy of Plaintiffs' answer to Dr. Maltseff's Interrogatory No. 8. Plaintiffs have designated a portion of that answer as Highly Confidential - Attorney's Eyes Only under the Protective Order in this case. Dr. Maltseff therefore files this motion to seal to give Plaintiffs an opportunity to support their claim that this answer contains highly confidential information that should be restricted from public view.

MOTION TO SEAL RE: SUPPLEMENTAL DECLARATION
OF PAUL RASKIN - 1
No. 2:14-cv-00283-JLR

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1  Dr. Maltseff files this motion in an abundance of caution and as a courtesy to Plaintiffs.
2  Plaintiffs have the burden of establishing that the information should be sealed and presumably
3  will seek to do so in response to this motion. Dr. Maltseff questions whether the information
4  constitutes confidential information that should be filed under seal and reserves the right to reply to
5  that response.

6  DATED this 11th day of September, 2014.

        CORR CRONIN MICHELSON
        BAUMGARDNER & PREECE LLP

        *s/ Paul R. Raskin*
        William F. Cronin, WSBA No. 8667
        Paul R. Raskin, WSBA No. 24990
        1001 Fourth Avenue, Suite 3900
        Seattle, WA 98154-1051
        (206) 625-8600 Phone
        (206) 625-0900 Fax
        wcronin@corrcronin.com
        praskin@corrcronin.com
        **Attorneys for Defendant**

MOTION TO SEAL RE: SUPPLEMENTAL DECLARATION
OF PAUL RASKIN - 2
No. 2:14-cv-00283-JLR

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Louis David Peterson<br>Michael J. Ewart<br>Hillis Clark Martin & Peterson P.S.<br>1221 Second Avenue, Suite 500<br>Seattle, WA  98101-2925<br>ldp@hcmp.com<br>mje@hcmp.com<br>***Attorneys for Plaintiffs*** | Randall E. Kahnke<br>Kerry L. Bundy<br>Martin S. Chester<br>Tyler Young<br>Ryan Long<br>Faegre Baker Daniels LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN  55402-3901<br>randall.kahnke@faegrebd.com<br>kerry.bundy@faegrebd.com<br>martin.chester@faegrebd.com<br>tyler.young@faegrebd.com<br>ryan.long@faegrebd.com<br>***Attorneys for Plaintiffs*** |

DATED this 11th day of September, 2014.

       *s/ Paul R. Raskin*
Paul R. Raskin, WSBA No. 24990
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
(206) 625-8600 Phone
(206) 625-0900 Fax
praskin@corrcronin.com

MOTION TO SEAL RE: SUPPLEMENTAL DECLARATION
OF PAUL RASKIN - 3
No. 2:14-cv-00283-JLR

**CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1052 01 ei10f9121p