THE HONORABLE JAMES L. ROBART

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10   HONEYWELL INTERNATIONAL, INC., a
Delaware corporation, INTERMEC, INC., a          No. 2:14-cv-00283-JLR
Delaware corporation, and INTERMEC
11   TECHNOLOGIES CORPORATION, a                   **SUPPLEMENTAL DECLARATION OF**
Washington corporation,                          **PAUL RASKIN IN SUPPORT OF**
12                                                **DEFENDANT'S MOTION TO COMPEL**
                          Plaintiffs,             **AND FOR FURTHER RELIEF RE:**
13                                                **DISCOVERY**
14        v.

15   DR. PAUL MALTSEFF,
f/k/a Pavel Maltsev, an individual,
16
                          Defendant.
17

18

19        I, Paul R. Raskin, hereby declare and state as follows:

20        1.      I am an attorney with Corr Cronin Michelson Baumgardner & Preece LLP, counsel

     for Defendant Dr. Paul Maltseff in this action.  I am competent to testify and submit this
21
     Declaration based upon personal knowledge in support of Defendant's Motion to Compel and for
22
     Further Relief Re: Discovery.
23
          2.      Attached as Exhibit A is a copy of Plaintiffs' complete Answer to Interrogatory No.
24
     8. For ease of reference, the lines that Plaintiffs have designated as Highly Confidential –
25

SUPPLEMENTAL DECLARATION OF PAUL RASKIN IN
SUPPORT OF DEFENDANT'S MOTION TO COMPEL AND
FOR FURTHER RELIEF RE: DISCOVERY - 1
No. 2:14-cv-00283-JLR

**CORR CRONIN MICHELSON**
**BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

1    Attorney's Eyes Only ("AEO")  have been circled on the attached copy.  A copy of this

2    interrogatory answer with Plaintiffs' AEO designation redacted was previously filed with the

3    Court as part of Exhibit 1 to the Declaration that I previously submitted in connection with the

4    pending motion to compel (Ct. Doc. 86-1).

5        3.    Plaintiffs had initially designated their entire answer to Interrogatory No. 8 as AEO.

6    After exchanging email and conferring with Plaintiffs' counsel on August 26, 2014, Plaintiff's

7    counsel narrowed their designation to the lines that are circled on the attached copy.  On

8    September 10, 2014, I requested by email that Plaintiffs re-evaluate the remaining confidentiality

9    designation and then conferred with Plaintiffs' counsel Tyler Young regarding this designation on

10   September 11, 2014.  Plaintiffs' counsel reiterated their AEO designation and expressed Plaintiffs'

11   position that the designated information should be filed under seal.

12       I declare under penalty of perjury under the laws of the state of Washington and the

13   United States of America that the foregoing is true and correct.

14       DATED this 11th day of September, 2014.

15

16                    _s/ Paul R. Raskin_____
                      Paul R. Raskin, WSBA No. 24990
17

18

19

20

21

22

23

24

25

SUPPLEMENTAL DECLARATION OF PAUL RASKIN IN
SUPPORT OF DEFENDANT'S MOTION TO COMPEL AND
FOR FURTHER RELIEF RE: DISCOVERY - 2
No. 2:14-cv-00283-JLR

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Louis David Peterson
Michael J. Ewart
Hillis Clark Martin & Peterson P.S.
1221 Second Avenue, Suite 500
Seattle, WA  98101-2925
ldp@hcmp.com
mje@hcmp.com
*Attorneys for Plaintiffs*

Randall E. Kahnke
Kerry L. Bundy
Martin S. Chester
Tyler Young
Ryan Long
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
randall.kahnke@faegrebd.com
kerry.bundy@faegrebd.com
martin.chester@faegrebd.com
tyler.young@faegrebd.com
ryan.long@faegrebd.com
*Attorneys for Plaintiffs*

DATED this 11th day of September, 2014.

 *s/ Paul R. Raskin*
Paul R. Raskin, WSBA No. 24990
CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
(206) 625-8600 Phone
(206) 625-0900 Fax
praskin@corrcronin.com

SUPPLEMENTAL DECLARATION OF PAUL RASKIN IN
SUPPORT OF DEFENDANT'S MOTION TO COMPEL AND
FOR FURTHER RELIEF RE: DISCOVERY - 3
No. 2:14-cv-00283-JLR
1052 01 ei10dy12pq

**CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900